**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Christopher Tran<br>Ngot Ly Tran<br>　　　　　Debtors<br><br>KEYBANK NATIONAL ASSOCIATION<br>　　　　　v.<br>Christopher Tran<br>Ngot Ly Tran<br>　　　　　and<br>William C. Miller Esq.<br>　　　　　Trustee | Chapter 13<br><br><br><br>NO. 15-19077 MDC |

**ORDER**

AND NOW, this 12th day of April, 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on February 05, 2018 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 is modified to allow KEYBANK NATIONAL ASSOCIATION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 2336 Cambridge Circle Hatfield, PA 19440.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*

United States Bankruptcy Judge.

cc: See attached service list

Christopher Tran
2336 Cambridge Circle
Hatfield, PA 19440
Ngot Ly Tran
2336 Cambridge Circle
Hatfield, PA 19440

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Michael A. Cataldo Esq.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Michael A. Cibik Esq.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532