United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Christopher Tran
Ngot Ly Tran
    Debtors

Case No. 15-19077-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: John     Page 1 of 1     Date Rcvd: Apr 13, 2018
                   Form ID: pdf900     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2018.
```
db/jdb         +Christopher Tran,   Ngot Ly Tran,   2336 Cambridge Circle,   Hatfield, PA 19440-1484
cr             +First Niagara Bank, N.A.,   c/o Jeffrey G. Trauger, Esquire,   Grim, Biehn & Thatcher,
                 P.O. Box 215,   Perkasie, PA 18944-0215
cr             +KeyBank N.A. as S/B/M to First Niagara, NA,   4910 Tiedeman Rd,   Brooklyn, OH 44144-2338
cr             +National Penn Bank,   645 Hamilton Street,   Suite 700,   Allentown, PA 18101-2196
13965438       +Keybank National Association,   c/o MATTEO SAMUEL WEINER,   KML Law Group, P.C.,
                 701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Apr 14 2018 01:51:43     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 14 2018 01:51:15
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 14 2018 01:51:30     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Apr 14 2018 01:54:38     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 4
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2018 at the address(es) listed below:
```
          JEFFREY G. TRAUGER    on behalf of Creditor    First Niagara Bank, N.A. jtrauger@grimlaw.com,
           ksaborsky@grimlaw.com
          KEVIN G. MCDONALD    on behalf of Creditor    Keybank National Association bkgroup@kmllawgroup.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Keybank National Association
           bkgroup@kmllawgroup.com
          MICHAEL A. CATALDO2    on behalf of Joint Debtor Ngot Ly Tran ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CATALDO2    on behalf of Debtor Christopher  Tran ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Joint Debtor Ngot Ly Tran ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          MICHAEL A. CIBIK2    on behalf of Debtor Christopher  Tran ecf@ccpclaw.com,
           igotnotices@ccpclaw.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Keybank National Association bkgroup@kmllawgroup.com
          RICHARD BRENT SOMACH    on behalf of Creditor    National Penn Bank rsomach@nmmlaw.com,
           msandone@nmmlaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 11
```

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Christopher Tran<br>          Ngot Ly Tran<br>                    Debtors | Chapter 13 |
| KEYBANK NATIONAL ASSOCIATION<br>                    v.<br>Christopher Tran<br>Ngot Ly Tran<br>                    and<br>William C. Miller Esq.<br>                    Trustee | NO. 15-19077 MDC |

**ORDER**

AND NOW, this  12th  day of  April , 2018 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on February 05, 2018  it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 is modified to allow KEYBANK NATIONAL ASSOCIATION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 2336 Cambridge Circle Hatfield, PA 19440.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Magdeline D. Coleman*

United States Bankruptcy Judge.

cc: See attached service list

Christopher Tran
2336 Cambridge Circle
Hatfield, PA 19440
Ngot Ly Tran
2336 Cambridge Circle
Hatfield, PA 19440

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Michael A. Cataldo Esq.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Michael A. Cibik Esq.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532