Certificate Number: 16339-PAE-DE-035266354

Bankruptcy Case Number: 15-19077



16339-PAE-DE-035266354

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 13, 2021, at 10:07 o'clock PM EST, Christopher Tran completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 13, 2021          By: /s/Kelley Tipton

                                Name: Kelley Tipton

                                Title: Certified Financial Counselor

Certificate Number: 16339-PAE-DE-035266356

Bankruptcy Case Number: 15-19077


16339-PAE-DE-035266356

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 13, 2021, at 10:07 o'clock PM EST, Ngot L Tran completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 13, 2021                    By:    /s/Kelley Tipton

                                           Name:  Kelley Tipton

                                           Title: Certified Financial Counselor