United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 15-19077-mdc
Christopher Tran     Chapter 13
Ngot Ly Tran
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Jun 16, 2021     Form ID: 138NEW     Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher Tran, Ngot Ly Tran, 2336 Cambridge Circle, Hatfield, PA 19440-1484 |
| cr | + | First Niagara Bank, N.A., c/o Jeffrey G. Trauger, Esquire, Grim, Biehn & Thatcher, P.O. Box 215, Perkasie, PA 18944-0215 |
| cr | + | KeyBank N.A. as S/B/M to First Niagara, NA, 4910 Tiedeman Rd, Brooklyn, OH 44144-2338 |
| 13649896 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank Of America, Attention: Recovery Department, 4161 Peidmont Pkwy., Greensboro, NC 27410 |
| 13662450 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13649906 | + | Encompass Insurance Company, 721 US HIGHWAY 202-206, Bridgewater, NJ 08807-1760 |
| 13649907 | + | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 13649908 | + | Experian, Profile Maintenance, P.O. Box 9558, Allen, Texas 75013-9558 |
| 13691593 | + | Farm Bureau Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 13687977 | + | Hyundai Capital America DBA, Kia Motors Finance, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 13649919 | + | KML Law Group, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13965438 | + | Keybank National Association, c/o MATTEO SAMUEL WEINER, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 13649918 | + | Kia Motors Finance Co, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 13649920 | | National Penn Bank, Philadephia & Read, Boyertown, PA 19512 |
| 13676719 | + | National Penn Bank, 645 Hamilton Street, Suite 700, Allentown, PA 18101-2196 |
| 13705858 | + | Office of UC Benefits Policy, Department of Labor & Industry, Office of Chief Counsel, 651 Boas Street, 10th Floor, Harrisburg, PA 17121-0751 |
| 13649921 | | PA Dept. of Revenue, Bankruptcy Division, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17120-0946 |
| 13649922 | + | Paul Sandler, Esq., 1500 Walnut Street, Suite 2020, Philadelphia, PA 19102-3521 |
| 13649927 | + | Trans Union Corporation, Public Records Department, 555 West Adams Street, Chicago, IL 60661-3631 |
| 13649928 | | Wells Fargo, Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 13732249 | + | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |
| 13672339 | | eCAST Settlement Corporation, POB 29262, New York, NY 10087-9262 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 16 2021 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 16 2021 23:45:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2021 23:49:23 | Synchrony Bank, c/o Recovery Management Systems Corporat, 25 SE 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13649900 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2021 00:08:14 | Citibank Sd, Na, Attn: Centralized Bankruptcy, PO |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: 138NEW | Total Noticed: 50 |

| | | | |
|---|---|---|---|
| | | | Box 20363, Kansas City, MO 64195 |
| 13649915 | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2021 00:08:47 | Home Depot Credit Services, Des Moines, IA 50364 |
| 13649924 | Email/Text: Bankruptcy.RI@Citizensbank.com | Jun 16 2021 23:43:23 | RBS Citizens Cc, Attn: Bankruptcy Department, 443 Jefferson Blvd MS: RJW-135, Warwick, RI 02886 |
| 13649901 | Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | City Of Philadelphia, Major Tax Unit/Bankruptcy Dept., 1401 JFK Blvd, Room 580, Philadelphia, PA 19102 |
| 13649902 | Email/Text: megan.harper@phila.gov | Jun 16 2021 23:45:00 | City of Philadelphia, Bankruptcy Unit, 15th Floor, 1515 Arch Street, Philadelphai, PA 19102 |
| 13649898 | + Email/Text: ecf@ccpclaw.com | Jun 16 2021 23:43:00 | Cibik and Cataldo, P.C., 1500 Walnut St., Suite 900, Philadelphia, PA 19102-3518 |
| 13649903 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2021 23:43:00 | Comenitybank/trwrdsv, 3100 Easton Square Pl, Columbus, OH 43219-6232 |
| 13649904 | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Jun 16 2021 23:43:00 | Commonwealth of PA, UC Benefits Overpayment Section, 501 Labor andIndustry Building, 7th and Foster Streets, Harrisburg, PA 17121 |
| 13649909 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2021 23:43:23 | Express/Comenity Bank, Attention: Bankruptcy Dept, PO Box 182686, Columbus, OH 43218-2686 |
| 13649912 | Email/Text: fnb.bk@fnfg.com | Jun 16 2021 23:44:00 | First Niagara Bank, 6950 S Transit Rd, Lockport, NY 14094 |
| 13649911 | Email/Text: fnb.bk@fnfg.com | Jun 16 2021 23:44:00 | First Niagara Bank, 6950 South Transit Road, PO Box 514, Lockport NY 14095-0514 |
| 13649914 | Email/Text: fnb.bk@fnfg.com | Jun 16 2021 23:44:00 | First Niagara Bank, Po Box 514, Lockport, NY 14094 |
| 13649910 | + Email/Text: bankruptcy@farmbureaubank.com | Jun 16 2021 23:46:00 | Farm Bureau Bank, 17300 Henderson Pass, San Antonio, TX 78232-1663 |
| 13649913 | + Email/Text: fnb.bk@fnfg.com | Jun 16 2021 23:44:00 | First Niagara Bank, 1 Hudson City Ctr, Hudson, NY 12534-2355 |
| 13649916 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 16 2021 23:43:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13649897 | Email/PDF: ais.chase.ebn@americaninfosource.com | Jun 16 2021 23:49:03 | Chase Card, 201 N. Walnut St//de1-1027, Wilmington, DE 19801 |
| 13732374 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 16 2021 23:43:00 | PNC BANK N.A., P.O. BOX 94982, CLEVELAND, OH 44101-0570 |
| 13649923 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 16 2021 23:43:00 | Pnc Bank, N.a., 1 Financial Pkwy, Kalamazoo, MI 49009 |
| 13658392 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2021 23:49:42 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13653071 | Email/Text: bnc-quantum@quantum3group.com | Jun 16 2021 23:44:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13656379 | Email/PDF: rmscedi@recoverycorp.com | Jun 16 2021 23:49:14 | Recovery Management Systems Corporation, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 13649925 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 17 2021 00:08:14 | Sears/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 13649926 | Email/Text: bankruptcy@td.com | Jun 16 2021 23:44:00 | Td Banknorth, PO Box 1190, Lewiston, ME 04243 |
| 13649905 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 16 2021 23:44:00 | Elan Financial Service, Po Box 108, St Louis, MO 63166 |

TOTAL: 28

Case 15-19077-mdc   Doc 48   Filed 06/18/21   Entered 06/19/21 00:38:04   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 16, 2021 | Form ID: 138NEW | Total Noticed: 50 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | National Penn Bank, 645 Hamilton Street, Suite 700, Allentown, PA 18101-2196 |
| 13649899 | *+ | Cibik and Cataldo, P.C., 1500 Walnut Street, Suite 900, Philadelphia, PA 19102-3518 |
| 13649917 | * | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 13664896 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, IRS, PO BOX 21126, PHILA PA 19114 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 18, 2021                Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEFFREY G. TRAUGER | on behalf of Creditor First Niagara Bank  N.A. jtrauger@grimlaw.com, ksaborsky@grimlaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor Keybank National Association bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Keybank National Association bkgroup@kmllawgroup.com |
| MICHAEL A. CATALDO2 | on behalf of Joint Debtor Ngot Ly Tran ecf@ccpclaw.com  igotnotices@ccpclaw.com |
| MICHAEL A. CATALDO2 | on behalf of Debtor Christopher Tran ecf@ccpclaw.com  igotnotices@ccpclaw.com |
| MICHAEL A. CIBIK2 | on behalf of Joint Debtor Ngot Ly Tran ecf@ccpclaw.com  igotnotices@ccpclaw.com |
| MICHAEL A. CIBIK2 | on behalf of Debtor Christopher Tran ecf@ccpclaw.com  igotnotices@ccpclaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Keybank National Association bkgroup@kmllawgroup.com |
| RICHARD BRENT SOMACH | on behalf of Creditor National Penn Bank rsomach@nmmlaw.com  msandone@nmmlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Christopher Tran and Ngot Ly Tran

      Debtor(s)

Bankruptcy No: 15−19077−mdc

Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

              900 Market Street
              Suite 400
            Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                         For The Court
                                                        Timothy B. McGrath
                                                         Clerk of Court

Dated: 6/16/21

                                                                                                        47 − 46
                                                                                               Form 138_new