United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-19077-mdc |
| Christopher Tran | Chapter 13 |
| Ngot Ly Tran | |
|    Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 09, 2021 | Form ID: 3180W | Total Noticed: 17 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher Tran, Ngot Ly Tran, 2336 Cambridge Circle, Hatfield, PA 19440-1484 |
| 13662450 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13691593 | + | Farm Bureau Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 13687977 | + | Hyundai Capital America DBA, Kia Motors Finance, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 13676719 | + | National Penn Bank, 645 Hamilton Street, Suite 700, Allentown, PA 18101-2196 |
| 13705858 | + | Office of UC Benefits Policy, Department of Labor & Industry, Office of Chief Counsel, 651 Boas Street, 10th Floor, Harrisburg, PA 17121-0751 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 09 2021 23:12:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jul 10 2021 03:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 09 2021 23:12:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 09 2021 23:12:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13649912 | | Email/Text: fnb.bk@fnfg.com | Jul 09 2021 23:12:00 | First Niagara Bank, 6950 S Transit Rd, Lockport, NY 14094 |
| 13649911 | | Email/Text: fnb.bk@fnfg.com | Jul 09 2021 23:12:00 | First Niagara Bank, 6950 South Transit Road, PO Box 514, Lockport NY 14095-0514 |
| 13664896 | | EDI: IRS.COM | Jul 10 2021 03:13:00 | IRS, PO BOX 21126, PHILA PA 19114 |
| 13732374 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 09 2021 23:12:00 | PNC BANK N.A., P.O. BOX 94982, CLEVELAND, OH 44101-0570 |
| 13658392 | | EDI: PRA.COM | Jul 10 2021 03:13:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13653071 | | EDI: Q3G.COM | Jul 10 2021 03:13:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13732249 | + | EDI: WFFC.COM | Jul 10 2021 03:13:00 | Wells Fargo Card Services, 1 Home Campus 3rd Floor, Des Moines, IA 50328-0001 |
| 13672339 | | EDI: ECAST.COM | Jul 10 2021 03:13:00 | eCAST Settlement Corporation, POB 29262, New York, NY 10087-9262 |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jul 09, 2021 | Form ID: 3180W | Total Noticed: 17

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 11, 2021         Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEFFREY G. TRAUGER | on behalf of Creditor First Niagara Bank  N.A. jtrauger@grimlaw.com, ksaborsky@grimlaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor Keybank National Association bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Keybank National Association bkgroup@kmllawgroup.com |
| MICHAEL A. CATALDO2 | on behalf of Joint Debtor Ngot Ly Tran ecf@ccpclaw.com  igotnotices@ccpclaw.com |
| MICHAEL A. CATALDO2 | on behalf of Debtor Christopher Tran ecf@ccpclaw.com  igotnotices@ccpclaw.com |
| MICHAEL A. CIBIK2 | on behalf of Joint Debtor Ngot Ly Tran ecf@ccpclaw.com  igotnotices@ccpclaw.com |
| MICHAEL A. CIBIK2 | on behalf of Debtor Christopher Tran ecf@ccpclaw.com  igotnotices@ccpclaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Keybank National Association bkgroup@kmllawgroup.com |
| RICHARD BRENT SOMACH | on behalf of Creditor National Penn Bank rsomach@nmmlaw.com  msandone@nmmlaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 12

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Christopher Tran<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–6660<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Ngot Ly Tran<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8307<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of Pennsylvania | | |
| Case number:   15–19077–mdc | | |

# Order of Discharge                                                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christopher Tran                                              Ngot Ly Tran

<u>7/8/21</u>                                                 **By the court:** <u>Magdeline D. Coleman</u>
                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

 ♦ debts that are domestic support obligations;

 ♦ debts for most student loans;

 ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**