United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-19077-mdc |
| Christopher Tran | Chapter 13 |
| Ngot Ly Tran | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 06, 2021 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 08, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Christopher Tran, Ngot Ly Tran, 2336 Cambridge Circle, Hatfield, PA 19440-1484 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 08, 2021            Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEFFREY G. TRAUGER | on behalf of Creditor First Niagara Bank  N.A. jtrauger@grimlaw.com, ksaborsky@grimlaw.com |
| KEVIN G. MCDONALD | on behalf of Creditor Keybank National Association bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Keybank National Association bkgroup@kmllawgroup.com |
| MICHAEL A. CATALDO2 | on behalf of Joint Debtor Ngot Ly Tran ecf@ccpclaw.com igotnotices@ccpclaw.com |
| MICHAEL A. CATALDO2 | on behalf of Debtor Christopher Tran ecf@ccpclaw.com igotnotices@ccpclaw.com |
| MICHAEL A. CIBIK2 | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 06, 2021 | Form ID: 195 | Total Noticed: 1

MICHAEL A. CIBIK2
    on behalf of Debtor Christopher Tran ecf@ccpclaw.com igotnotices@ccpclaw.com

    on behalf of Joint Debtor Ngot Ly Tran ecf@ccpclaw.com igotnotices@ccpclaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor Keybank National Association bkgroup@kmllawgroup.com

RICHARD BRENT SOMACH
    on behalf of Creditor National Penn Bank rsomach@nmmlaw.com msandone@nmmlaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

WILLIAM C. MILLER, Esq.
    on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:  : Chapter 13

Christopher Tran and Ngot Ly Tran  : Case No. 15−19077−mdc

    Debtor(s)

### *ORDER*
_____

   AND NOW, this day , August 6, 2021 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

   ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

51
Form 195